**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **RODNEY NELSON,** on behalf of himself and others similarly situated, | : | CASE NO. 2:21-cv-982 |
| | : | |
| Plaintiff, | : | JUDGE JAMES L. GRAHAM |
| | : | |
| v. | : | MAGISTRATE JUDGE CHELSEY M. |
| | : | VASCURA |
| **INDUS COMPANIES, INC.,** *et al.* | : | |
| | : | |
| Defendants. | : | |

The Parties hereby notify the Court that they have settled this case.  The Parties respectfully request twenty-eight (28) days from the date of this Joint Notice to file their joint motion for approval and supporting documentation.

Respectfully Submitted,

**COFFMAN LEGAL**

s/ Adam C. Gedling
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
Kelsie N. Hendren (100041)
1550 Old Henderson Rd.
Suite 126
Columbus, OH 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
        agedling@mcoffmanlegal.com
        khendren@mcoffmanlegal.com

*Attorneys for Named Plaintiff,
Rodney Nelson, and others similarly situated*

**REMINGER CO., L.P.A.**

s/ Thomas N. Spyker
Patrick Kasson, Trial Attorney (0055570)
Thomas N. Spyker (0098075)
200 Civic Center Dr.
Suite 800
Columbus, Ohio 43215
Phone:   (614) 228-1311
Fax:       (614) 232-2410
Email: pkasson@reminger.com
        tspyker@reminger.com

*Attorneys for Defendants Indus Companies, Inc.,
Riverview Hotel, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2023, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Adam C. Gedling
Adam C. Gedling