AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern   District of   Ohio

| | |
|---|---|
| RODNEY NELSON, on behalf of himself and others similarly situated,<br>*Plaintiff*<br>v.<br>INDUS COMPANIES, INC., et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   2:21-cv-982 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   This case is closed.
See Doc. [62] .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   02/06/2024

CLERK OF COURT

s/Denise M. Shane

*Signature of Clerk or Deputy Clerk*